# In the United States District Court for the Southern District of Georgia Brunswick Division

ROBERT GRIFFIN,

    Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.

CV 221-130

### ORDER

The Parties are **ORDERED** to show cause, within seven (7) days of the date of this Order, why they have failed to file their proposed pretrial order by the September 30, 2022 deadline. See Dkt. No. 17. Failure to comply will result in the dismissal of this action without prejudice.

**SO ORDERED**, this 6 day of October, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA